UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eileen Mueller, | : |
| | : |
| | : Civil Action No.: 2:10-cv-02259-JS |
| Plaintiff, | : |
| v. | : |
| | : |
| Law Offices of James A. West, P.C.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Plaintiff, Eileen Mueller, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: July 2, 2010

Respectfully submitted,

PLAINTIFF, Eileen Mueller

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
jburton@lemberglaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on July 2, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By:   /s/   Jody B. Burton

                                       Jody B. Burton, Esq.